UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Beth Richmond,<br><br>                    Plaintiff,<br>   v.<br><br>Fair Collections & Outsourcing, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.:  1:13-cv-01163-JKB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

   Dated: May 6, 2013

                              Respectfully submitted,

                              By   */s/ Sergei Lemberg*
                              Sergei Lemberg, Esq.
                              LEMBERG & ASSOCIATES L.L.C.
                              1100 Summer Street, 3rd Floor
                              Stamford, CT 06905
                              Telephone: (203) 653-2250
                              Facsimile:  (203) 653-3424
                              ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 6, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Sergei Lemberg

                 Sergei Lemberg